# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ALEXAM, INC.<br>　　　　Plaintiff<br><br>v.<br><br>BEST BUY STORES L.P.<br>　　　　Defendant | § § § § § § § § | No. 2:13cv2 |

| | | |
|---|---|---|
| ALEXAM, INC.<br>　　　　Plaintiff<br><br>v.<br><br>BARNES & NOBLE, INC. AND<br>BARNES & NOBLE MARKETING<br>SERVICES, LLC<br>　　　　Defendants | § § § § § § § § § § | No. 2:13cv3 |

| | | |
|---|---|---|
| ALEXAM, INC.<br>　　　　Plaintiff<br><br>v.<br><br>THE GAP, INC. AND DIRECT<br>CONSUMER SERVICES, LLC<br>　　　　Defendants | § § § § § § § § § | No. 2:13cv4 |

| | | |
|---|---|---|
| ALEXAM, INC.<br>　　　　Plaintiff<br><br>v.<br><br>J.C. PENNEY COMPANY, INC. AND<br>J.C. PENNEY CORPORATION<br>　　　　Defendants | § § § § § § § § § | No. 2:13cv5 |

1

| | | |
|---|---|---|
| **ALEXAM, INC.** § | | |
|     **Plaintiff** § | | |
| § | | |
| **v.** § | | **No. 2:13cv6** |
| § | | |
| **MCDONALD'S CORPORATION AND** § | | |
| **P2W, INC. NFP** § | | |
|     **Defendants** § | | |

| | | |
|---|---|---|
| **ALEXAM, INC.** § | | |
|     **Plaintiff** § | | |
| § | | |
| **v.** § | | **No. 2:13cv7** |
| § | | |
| **TOYS "R" US – DELWARE, INC. AND** § | | |
| **TRU-SVC, LLC** § | | |
|     **Defendants** § | | |

| | | |
|---|---|---|
| **ALEXAM, INC.** § | | |
|     **Plaintiff** § | | |
| § | | |
| **v.** § | | **No. 2:13cv8** |
| § | | |
| **THE HOME DEPOT, U.S.A., INC. AND** § | | |
| **HOME DEPOT INCENTIVES, INC.** § | | |
|     **Defendants** § | | |

## **ORDER**

The above-referenced causes of action have been referred to the undersigned for pre-trial purposes in accordance with 28 U.S.C. § 636. Before the Court is the following pending motion: Defendants' Opposed Motion to Establish the Order of Proof (Docket Entry # 118). The Court, having carefully considered the motion and the response, is of the opinion the motion should be

**GRANTED**.

The consolidated invalidity trial scheduled to begin on April 29, 2013 shall proceed according to the following agenda.

1. Defendants – Voir Dire

2. Plaintiff – Voir Dire

3. Defendants – Opening Statement

4. Plaintiff – Opening Statement

5. Defendants – Evidence regarding invalidity

6. Plaintiff – Evidence regarding invalidity

7. Defendants – Rebuttal evidence regarding invalidity

8. Defendants – Closing Argument

9. Plaintiff – Closing Argument

10. Defendants – Rebuttal Closing Argument

**IT IS SO ORDERED.**

**Apr 10, 2013**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE