# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ALEXSAM, INC.,<br>         *Plaintiff*,<br>   v.<br><br>BARNES & NOBLE, INC. AND BARNES &<br>NOBLE MARKETING SERVICES CORP.,<br>         *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:13-cv-0003-MHS-CMC |
| ALEXSAM, INC.,<br>         *Plaintiff*,<br><br>   v.<br><br>THE GAP, INC. AND<br>DIRECT CONSUMER SERVICES, LLC,<br>         *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:13-cv-0004-MHS-CMC |

### DEFENDANTS BARNES & NOBLE, INC., BARNES & NOBLE MARKETING SERVICES, THE GAP, INC. AND DIRECT CONSUMER SERVICES, LLC'S NOTICE OF REQUEST FOR DAILY TRANSCRIPTS AND REAL TIME REPORTING OF TRIAL PROCEEDINGS

Defendants Barnes & Noble, Inc., Barnes & Noble Marketing Services, The Gap, Inc. and Direct Consumer Services, LLC (collectively, "Defendants") hereby give notice of their request for daily transcripts and real-time reporting during the upcoming infringement trials against Barnes & Noble and The Gap in the above-captioned cases. A copy of this Notice is also being sent via email to the Court Report, Ms. Jan Mason, at Jan_Mason@txed.uscourts.gov.

| | |
|---|---|
| Date: May 22, 2013 | Respectfully submitted, |

        /s/ *R. William Sigler*
        Alan M. Fisch
        *alan.fisch@fischllp.com*
        Jason F. Hoffman
        *jason.hoffman@fischllp.com*
        R. William Sigler
        *bill.sigler@fischllp.com*
        Jeffrey M. Saltman
        *jeffrey.saltman@fischllp.com*
        David M. Saunders
        *david.saunders@fischllp.com*
        FISCH HOFFMAN SIGLER LLP
        5335 Wisconsin Avenue, NW
        Eighth Floor
        Washington, DC  20015
        Tel: (202) 362-3500

        Michael C. Smith
        Texas State Bar No. 18650410
        *smith.mcj@gmail.com*
        SIEBMAN, BURG, PHILLIPS & SMITH, L.L.P.
        113 East Austin St.
        Marshall, TX 75671
        Tel: (903) 938-8900

        *Counsel for Barnes & Noble, Inc., Barnes & Noble Marketing Services Corp., The Gap, Inc., and Direct Consumer Services, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2013, the foregoing document was filed with the Clerk of the Court for the United States District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the Court, in compliance with Local Rule CV-5(a) and served upon all counsel of record.

/s/ *R. William Sigler*
R. William Sigler