## United States District Court ~~ORIGINAL~~
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| ALEXSAM, INC., | § § | |
| *Plaintiff,* | § § | |
| v. | § § | Cause No. 2:13-CV-3 |
| BARNES & NOBLE, INC. AND BARNES & NOBLE MARKETING SERVICES CORP., | § § § § | |
| *Defendants.* | § § | |

# JURY VERDICT FORM

**Question No. 1**

Do you find that Plaintiff Alexsam, Inc. proved, by a preponderance of the evidence, that Defendants Barnes & Noble, Inc. and Barnes & Noble Marketing Services Corp (collectively Barnes & Noble) infringe either asserted claim of the '787 Patent?

Answer "Yes" (infringed) or "No" (not infringed) as to each asserted claim in the space provided. Include an answer in each space.

| '787 Patent | "Yes" or "No" |
|---|---|
| Claim 1 | no |
| Claim 19 | No |

Please proceed to Question No. 2 **_IF AND ONLY IF_** you answered "Yes" to at least one of the claims listed above. Otherwise, proceed to the last page where the foreperson should initial and date this verdict form.

<u>**Question No. 2**</u>

**Answer this question <u>*IF AND ONLY IF*</u> you have found at least one claim infringed.**

What sum of money, if any, do you find Alexsam proved by a preponderance of the evidence, if paid now in cash, would fairly and reasonably compensate Alexsam for any infringement by Barnes & Noble through the time of trial?

Answer in dollars and cents.

Answer: $ _____

The foreperson is requested to initial and date this document in the spaces provided below as the unanimous verdict of the jury.

_6-7-13_                                                                                              _[signature]_
DATE                                                                                              FOREPERSON INITIAL