# Exhibit 3

Susan Simmons, CSR
Official Court Reporter
U.S. District Courts
100 East Houston St.
Marshall, TX   75670
903.935.3868
SS# 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

lssimmons@yahoo.com

April 22, 2013

                                        RE: 2:13-CV-02

Ms. Nicole Kopinski                   Alexsam, Inc.
Robins Kaplan Miller & Ciresi           Vs.
800 LaSalle Avenue                Best Buy Stores, Et Al
2800 LaSalle Plaze
Minneapolis, MN   55402


VOIR DIRE WILL NOT BE DONE AS DAILY COPY

DEFENDANTS' PORTION OF BILL

6 days of trial
    (350 pages at $10.00 per page)                 $21,000.00

Set up and Supply Fee                             300.00

      TOTAL DUE                           $21,300.00

(If case settles amount will be refunded except for set-up and supply fee.)

                          THANK YOU!

SUSAN SIMMONS, CSR
100 East Houston, Suite 125
Marshall, Texas   75670
903.935.3868
S.S.# 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

May 28, 2013

Mr. Roy Sigler					RE: 2:13-CV–03 & 04
Fisch Hoffman Sigler				Alexsam
5335 Wisconsin Avenue, NW			Vs.
Eighth Floor					Barnes & Noble, Et Al
Washington, DC   20015

DEFENDANT'S PORTION OF BILL

The following is a request for deposit for Daily Copy, hook-up to realtime feed, copy for clerk's office, and key-word index and transcripts e-mailed each day for the above-mentioned trial.

   5 Days of Trial                                                                           $15,750.00
       (350 pages per day at $9.00 per page)

   Set-up and supply fee                                                                     300.00

TOTAL DUE                                                                                        $ 16,050.00


(If the case should settle, this amount will be refunded less the set-up fee)


THANK YOU!!