# Exhibit 7



# Invoice

| Date | Invoice # |
|------|-----------|
| 4/30/2013 | 4530 |

**1750 H Street NW, Suite 100**
**Washington, DC 20006**
**202-393-0399**
accounting@hlpintegration.com

| Bill To |
|---------|
| Fisch Hoffman Sigler LLP |
| Jessica Cummings |
| 5335 Wisconsin Ave, NW |
| Suite 830 |
| Washington, DC 20015 |

| Matter | Project Number |
|--------|----------------|
| All Defendent | HLPFHS006039-045 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Master CD | 15.00 | 15.00T |
| 1 | Shipping & Handling: FedEx tracking number: 99563655348 | 25.91 | 25.91 |
| | Recipient: Nikki Little, 22 April 2013 | | |
| | HLPFHS006044 | | |
| | 22 April 2013 | | |
| 0.25 | Project management time for creation and application of Exhibit stamp | 150.00 | 37.50 |
| 2 | Pages endorsed | 0.01 | 0.02 |
| | HLPFHS006045 | | |
| | 22 April 2013 | | |
| 7,038 | Blowback Prints - black & white | 0.08 | 563.04T |
| 2 | Custom Redweld | 1.90 | 3.80T |
| 179 | Folders - standard | 0.75 | 134.25T |
| 1 | Shipping & Handling: FedEx tracking numbers: 799593859775 and 799593860209 | 125.47 | 125.47 |
| | Recipient: Pam Matthews, 26 April 2013 | | |
| | | | |
| | RE: All Defendents | | |

Remittance by Mail: 1750 H Street NW, Suite 100, Washington, DC 20006
Remittance by ACH: Wells Fargo Bank, 1700 Pennsylvania Avenue NW, Washington, DC 20006
Account Number: 2000020997007
ACH ABA/Routing Number: 054001220

| | |
|---|---|
| **Subtotal** | USD 4,834.16 |
| **Sales Tax (6.0%)** | USD 231.35 |
| **Total** | USD 5,065.51 |

Thank you very much for the opportunity to work with you.
TAX ID: 26-1352198

**www.hlpintegration.com**



# Invoice

| Date | Invoice # |
|---|---|
| 5/31/2013 | 4827 |

**1750 H Street NW, Suite 100**
**Washington, DC 20006**
**202-393-0399**
accounting@hlpintegration.com

| Bill To |
|---|
| Fisch Hoffman Sigler LLP<br>Jessica Cummings<br>5335 Wisconsin Ave, NW<br>Suite 830<br>Washington, DC 20015 |

| Matter | Project Number |
|---|---|
| 03400-0004 Ba | HLPFHS007003 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 33,840 | Blowback Prints - black & white | 0.08 | 2,707.20T |
| 20,619 | Blowback Prints- color | 0.50 | 10,309.50T |
| 1,183 | Custom Folders | 0.75 | 887.25T |
| 7 | Custom Redweld | 1.90 | 13.30T |
| | RE: 03400-0004 Barnes & Noble Inc. | | |

Remittance by Mail: 1750 H Street NW, Suite 100, Washington, DC 20006
Remittance by ACH: Wells Fargo Bank, 1700 Pennsylvania Avenue NW, Washington, DC 20006
Account Number: 2000020997007
ACH ABA/Routing Number: 054001220

**Thank you very much for the opportunity to work with you.**
TAX ID: 26-1352198

| | |
|---|---|
| **Subtotal** | USD 13,917.25 |
| **Sales Tax (6.0%)** | USD 835.04 |
| **Total** | USD 14,752.29 |

**www.hlpintegration.com**